**E-FILED**
Thursday, 25 July, 2013  01:48:52 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES HORNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 13-1168 |
| | ) |
| ELM LOCATING & UTILITY SERVICES, | ) |
| and JEFFERSON BLAINE CADIEU, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

On June 25, 2013, a Report & Recommendation was filed by Magistrate Judge Byron G. Cudmore in the above captioned case. More than fourteen (14) days have elapsed since the filing of the Report & Recommendation, and no objections have been made. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Lockert v. Faulkner, 843 F.2d 1015 (7th Cir. 1988); and Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986). As the parties failed to present timely objections, any such objections have been waived. Id.

The relevant procedural history is sufficiently set forth in the comprehensive Report & Recommendation of the Magistrate Judge. Suffice it to say that Plaintiff has brought this litigation alleging that Defendants violated Title VII and the Americans With Disabilities Act. Defendant Cadieu moved to dismiss the allegations against him, arguing that he is not Plaintiff's employer under either statute. The Court concurs with the Magistrate Judge's detailed discussion and recommendation.

Accordingly, the Court now adopts the Report & Recommendation [13] of the Magistrate Judge in its entirety.  Defendant Cadieu's Motion to Dismiss [9] is GRANTED, and Cadieu is terminated as a party to this litigation.  This matter is again REFERRED to Magistrate Judge Cudmore for further proceedings.

ENTERED this 24th day of July, 2013.

                                                    s/ James E. Shadid
                                                    James E. Shadid
                                                    Chief United States District Judge